UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED LONGEVITY DONORS LLC, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>SENS RESEARCH FOUNDATION,<br><br>          Defendant. | Case No.  22-cv-02514-SVK<br><br>**ORDER GRANTING SECOND CONTINUANCE OF SHOW CAUSE HEARING** |

Having reviewed the Parties' joint status update re settlement (Dkt. 33), the Court hereby **CONTINUES** the order to show cause hearing currently set for October 18, 2022 to **November 22, 2022 at 11:00 a.m.**  No further stipulated continuances will be granted.  If a dismissal is not filed by November 15, 2022, the Parties must appear at the November 22 hearing.

   **SO ORDERED.**

Dated: October 6, 2022

SUSAN VAN KEULEN
United States Magistrate Judge